United States District Court for the Northern District of Illinois

**06CV3166
JUDGE CASTILLO
MAG. JUDGE VALDEZ**

ssigned/Issued    By: _____



## FEE INFORMATION

Amount Due:   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☒ No Fee (No filing)    ☐ Other _____

☐ $455.00

No. Service copies _____    Date: _____

(For use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

## ISSUANCES

☒ Summons                    ☐ Alias Summons

☐ Third Party Summons        ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets    (name of victim, who it's against and $ amount)

☐ Writ _____
      (Type of Writ)

Original and _1_ copies on _6-8-06_ as to _Mark Michel_
                          (Date)

C:\wpwin80\docket\feeinfo.frm    04/10/06