

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

JUN 08 2006

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

MATTHEW G. ROSZAK, et al.,

Defendants.

**06CV3166**
**JUDGE CASTILLO**
**MAG. JUDGE VALDEZ**

## FINAL JUDGMENT OF PERMANENT INJUNCTION AND OTHER RELIEF AS TO DEFENDANT MATTHEW G. ROSZAK

The Securities and Exchange Commission having filed a Complaint and Defendant
Matthew G. Roszak ("Defendant") having entered a general appearance; consented to the Court's
jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final
Judgment without admitting or denying the allegations of the Complaint (except as to
jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal
from this Final Judgment:

### I.

### PERMANENT INJUNCTION

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and
Defendant's agents, servants, employees, attorneys, and all persons in active concert or
participation with them who receive actual notice of this Final Judgment by personal service or
otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section
10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and

Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

    (a)     to employ any device, scheme, or artifice to defraud;

    (b)     to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

    (c)     to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

## II.

## DISGORGEMENT

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that: Defendant is liable for disgorgement of $23,230, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $1,653, for a total of $24,883; Defendant is also jointly and severally liable for disgorgement in the amount of $93,004, representing profits gained by four (4) tippees as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $6,619, for a total of $99,623.

## III.

## CIVIL PENALTY

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay a civil penalty in the amount of $116,234 pursuant to Section 21A of the Exchange Act, 15 U.S.C.

2

§ 78u-1.

## IV.

## PAYMENT INSTRUCTIONS

Defendant shall satisfy the obligation to pay disgorgement and a civil penalty, specified in Sections II. and III. of this Final Judgment, respectively, by paying $ 240,740 within ten (10) business days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Matthew G. Roszak as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall simultaneously transmit photocopies of such payment and cover letter to: Teresa J. Verges, Securities and Exchange Commission, Southeast Regional Office, 801 Brickell Avenue, Suite 1800, Miami, Florida, 33131. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

## V.

## INCORPORATION OF CONSENT

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

3

## VI.

### RETENTION OF JURISDICTION

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain

jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

## VII.

### ENTRY OF FINAL JUDGMENT

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil

Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: _June 12_, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Robert K. Levenson, Esq.
Securities and Exchange Commission
Southeast Regional Office
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
*Attorney for Plaintiff*

Juan Marcelino, Esq.
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
*Attorney for Defendant Matthew G. Roszak*

4